IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR188 |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALFRED ROGERS,** | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant, Alfred Rogers' Unopposed Motion to Continue Trial [23]. The undersigned magistrate judge reviewed the docket and held a telephone conference with counsel for the parties. Additional time is needed to complete plea negotiations. The defendant's counsel is diligently arranging for a visitation to review a proposed plea agreement. Under the circumstances, good cause exists for one final continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [23] is granted, as follows:

1. The jury trial now set for October 2, 2023, is continued to **November 6, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 6, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without requesting a hearing before the undersigned magistrate judge.**

DATED: September 28, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge