IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR188 |
| vs. | ) | |
| ALFRED ROGERS, | ) | ORDER |
| Defendant. | ) | |

This matter came before the court on the defendant, Alfred Rogers' Unopposed Motion to Continue Trial [35]. Assistant U.S. Attorney Patrick McGee appeared on behalf of the government and Randall Paragas appeared on behalf of the defendant who was present in court. The government does not oppose the motion and the defendant waived speedy trial time on the record. Counsel were advised that they should be prepared for trial without further delay. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [35] is granted, as follows:

1. The jury trial now set for March 25, 2024, is continued to **May 28, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 28, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without requesting a hearing before the undersigned magistrate judge.**

DATED: March 22, 2024.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**