IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED ROGERS,<br><br>Defendant. | 8:22CR188<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 82). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 18, 2024, a jury found defendant Alfred Rogers ("Rogers") guilty (Filing No. 73) of Counts I and II of the Indictment. Count I charged Rogers with possessing 50 grams or more of methamphetamine (actual) with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1). Count II charged Rogers with possessing a firearm in furtherance of a drug-trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

2. The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 21 U.S.C. § 853 of $45,906 in United States currency seized from 4112 Spencer Street, Omaha, Nebraska, on or about May 23, 2022, as property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3. On July 18, 2024, the jury returned its Special Verdict (Filing No. 76) finding the $45,906 in United States currency is forfeitable.

4. Based on Rogers's guilty verdict, Rogers forfeits his interest in the $45,906 in United States currency and the government is entitled to possession of any interest Rogers has in the $45,906 in United States currency pursuant to 21 U.S.C. § 853.

5. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 82) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Rogers's guilty verdict, the government is hereby authorized to seize the $45,906 in United States currency.

3. Rogers's interest in the $45,906 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $45,906 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $45,906 in United States currency in such manner as the Attorney General may direct, and notice that any person, other than Rogers, having or claiming a legal interest in the $45,906 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $45,906 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $45,906 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $45,906 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 31st day of July 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge