IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED ROGERS,<br><br>Defendant. | 8:22CR188<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for a Final Order of Forfeiture (Filing No. 89). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 31, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 83) forfeiting defendant Alfred Rogers's ("Rogers") interest in $45,906 in United States currency seized from 4112 Spencer Street, Omaha, Nebraska, on or about May 23, 2022.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on August 3, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed in this case on October 15, 2024 (Filing No. 88).

3. On October 1, 2024, Mary Adams submitted a Petition for Remission with the Drug Enforcement Administration.

4. The Petition for Remission will be ruled on by the Money Laundering and Asset Recovery Section of the Department of Justice after Rogers is sentenced and the Final Order of Forfeiture is issued, finalizing the forfeiture.

5. The Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 89) is granted.

2. All right, title and interest in and to the $45,906 in United States currency seized from 4112 Spencer Street, Omaha, Nebraska, on or about May 23, 2022, held by any person or entity are forever barred and foreclosed.

3. The $45,906 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with the law.

Dated this 18th day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge