IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR188 |
| v. | |
| ALFRED ROGERS, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Alfred Rogers's ("Rogers") Motion to Proceed in Forma Pauperis (Filing No. 99). Through counsel, Rogers states "he is without funds to prosecute his appeal." In support, Rogers has submitted an affidavit (Filing No. 103) swearing or affirming under penalty of perjury that he is unable to pay or give security for the requisite appellate fees and costs mainly because he has been in custody for more than two years.

For good cause shown, Rogers's motion is granted, and he is permitted to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(1).

Dated this 30th day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge