IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>ALFRED ROGERS,<br><br>              Defendant. | 8:22CR188<br><br>**ORDER ON<br>INITIAL REVIEW** |

This matter is before the Court on defendant Alfred Rogers's ("Rogers") *pro se* Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 125). Rogers requests an evidentiary hearing and asks that his motion not "be barred as untimely." *See id.* § 2255(f)(2).

Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts requires the Court to conduct a preliminary review of Rogers's motion. Unless "it plainly appears from the motion, any annexed exhibits, and the record of prior proceedings that [Rogers] is not entitled to relief," the Court generally must order the government to respond. *Id.*

Rogers takes issue with how his counsel handled his case at trial and on appeal, stating his counsel failed to communicate, failed to follow instructions, was constantly ineffective, perjured himself at trial, "took" Rogers's money, and ignored all of his "verbal and written requests" regarding his appeal. Rogers also raises issues with the prosecutor, the jury, and the evidence presented in his case. As Rogers sees it, he "should receive back all financial compensation [a]nd be immediate[ly] released [f]rom Federal incarceration."

Rogers claims are not always easy to follow. But based on the existing record, it does not plainly appear to the Court that he is not entitled to any relief. *See id.* As such, they warrant a government response.

IT IS THEREFORE ORDERED:

1. The government shall answer or otherwise respond to Rogers's § 2255 motion (Filing No. 125) on or before January 12, 2026.
2. The Court will determine whether an evidentiary hearing is required after the motion is fully briefed.
3. The Clerk of Court is directed to send a copy of this order to Rogers at his address of record.

Dated this 12th day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge